# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | | |
|---|---|---|
| DANNY G. KING, Register No. 2870, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-4132-CV-C-NKL |
| | ) | |
| DAVE DORMIRE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On July 31, 2006, the United States Magistrate Judge recommended dismissing all of plaintiff's claims, except those regarding denial of outside recreation. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Magistrate Judge's July 31, 2006 Report and Recommendation is adopted [7]. It is further

ORDERED that plaintiff is denied leave to proceed in forma pauperis on all his claims, except those regarding denial of outside recreation, and that such claims are dismissed, without prejudice, pursuant to 28 U.S.C. § 1915(g).

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: August 28, 2006
Jefferson City, Missouri