# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| DANNY G. KING, Register No. 2870, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 06-4132-CV-C-NKL |
| ) | |
| DAVE DORMIRE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On August 23, 2006, the United States Magistrate Judge recommended that plaintiff's motion for preliminary injunctive relief be denied. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Magistrate Judge's August 23, 2006 Report and Recommendation is adopted [9]. It is further

ORDERED that plaintiff's motion for preliminary injunctive relief is denied [8].


        /s/ Nanette Laughrey

        NANETTE K. LAUGHREY
        United States District Judge

Dated: October 25, 2006
Jefferson City, Missouri