# UNITED STATES DISTRICT COURT

## Western District of Missouri

**DANNY G. KING, Register No. 2870**

JUDGMENT IN A CIVIL CASE

v.

**DAVE DORMIRE**

Case Number: **06-4132-CV-C-NKL**

\_  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

– defendant Dormire's motion to dismiss is granted and plaintiff's claims are dismissed for failure to state a claim on which relief may be granted under 42 U.S.C. § 1983.

ENTERED ON: May 4, 2007

May 4, 2007

Date

PATRICIA L. BRUNE

Clerk

L. Bax
(By) Deputy Clerk